AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kerrigan, Kathleen M. | United States Tax Court | 04/17/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Tax Court Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 1/1/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Tax Court
400 Second Street N.W.
Washington, DC 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Baker & Hostetler LLP 401(k) and 401(a) plan with former law firm (Repported in Part VII) All in one account managed by Fidelity and allowed to select from |
| 2. | certain investments. Also, have option of rolling over into an IRA. |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Core Media Incorporated- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/17/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab Roth Contributory IRA | A | Dividend | J | T | | | | | |
| 2. - Janus Fund | | | | | | | | | |
| 3. Schwab IRA Rollover | A | Dividend | M | T | | | | | |
| 4. - Schwab Cash Reserves | | | | | | | | | |
| 5. - Janus Fund | | | | | | | | | |
| 6. Schwab One Account #1 (H) | | | | | | | | | |
| 7. Janus Fund | A | Dividend | K | T | Sold (part) | 12/9/13 | J | C | |
| 8. Baker & Hostetler retirement account | C | Dividend | M | T | | | | | |
| 9. - Fid Growth Co K | | | | | | | | | |
| 10. - PIM Total Rt Inst | | | | | | | | | |
| 11. - Spartan 500 Index | | | | | | | | | |
| 12. - Baker & Hostetler Composite Fund | | | | | | | | | |
| 13. - WFA Govt Securities | | | | | | | | | |
| 14. Schwab Muni account (H) | | | | | | | | | |
| 15. Arizona St Transn 5%/23 | B | Interest | K | T | | | | | |
| 16. Austin Tex Wtr & WA 5%22 | B | Interest | K | T | | | | | |
| 17. California ST 5%24 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. California ST Dept 5%/19 | B | Interest | | | Sold | 06/27/13 | K | C | |
| 19. Colorado Health 5.125%18 | A | Interest | | | Sold | 07/31/13 | K | | |
| 20. Fairfax County 5%22 | A | Interest | K | T | Buy | 09/23/13 | K | | |
| 21. Energy Northwest WA 5%21 | A | Interest | K | T | Buy | 07/08/13 | K | | |
| 22. Florida ST Brd Ed 5%25% | A | Interest | K | T | Buy | 06/21/13 | K | | |
| 23. Houston Tex Util 5.25%/18 | B | Interest | | | Sold | 05/24/13 | K | C | |
| 24. Long Island PWR AUT5%/19 | A | Interest | K | T | | | | | |
| 25. Louisiana PUB FACS 5%19 | B | Interest | K | T | | | | | |
| 26. Lower Col River 5%21 | A | Interest | K | T | Buy | 10/30/13 | K | | |
| 27. Miami-Dade CNTY FLA 5%/22 | B | Interest | K | T | | | | | |
| 28. Michigan St Hosp. FI 5%25 | B | Interest | K | T | | | | | |
| 29. Michigan ST Trun 5.25%21 | B | Interest | K | T | | | | | |
| 30. New Jersey Economic 5%26 | A | Interest | K | T | Buy | 03/08/13 | K | | |
| 31. Ney York NY 5%22 | B | Interest | K | T | | | | | |
| 32. New York NY 5%23 (X) | B | Interest | K | T | | | | | |
| 33. Norfolk VA Wtr Rev 5%20 | B | Interest | K | T | | | | | |
| 34. Norfolk VA Wtr REv 5%23 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. North Carolina Mun 5%/24 | A | Interest | K | T | | | | | |
| 36. Richmond VA Pub | A | Interest | K | T | Buy | 04/17/13 | K | | |
| 37. San AntonioTex Ele 5%/19 | A | Interest | | | Sold | 06/18/13 | K | C | |
| 38. San Fransico Calf 5%23 | B | Interest | K | T | | | | | |
| 39. South Carolina Tran 5%21 | A | Interest | K | T | Buy | 08/27/13 | K | | |
| 40. Virginia College BL 5%19 | A | Interest | K | T | | | | | |
| 41. Virginia College Bl 5%20 | B | Interest | K | T | | | | | |
| 42. Virginia Commonwealth TR 5%24 | B | Interest | K | T | | | | | |
| 43. Virginia ST PUB BLD 5%21 | A | Interest | K | T | | | | | |
| 44. Virginia ST PUB BLD 5%21 | A | Interest | | | Sold | 02/21/13 | K | B | |
| 45. Virginia ST PUB SCH 5%20 | B | Interest | K | T | Buy | 03/28/13 | K | | |
| 46. Virginia ST RES 5%19 | A | Interest | | | Sold | 07/02/13 | J | A | |
| 47. Virginia ST RES AUT 5%20 | A | Interest | K | T | | | | | |
| 48. Virginia ST RES AUT 5%20 | A | Interest | K | T | | | | | |
| 49. Virginia ST. RES AUT 5%20 | B | Interest | K | T | | | | | |
| 50. Virginia ST RES Aut 5%21 | B | Interest | K | T | | | | | |
| 51. Virginia ST RES Aut 5%22 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Virginia ST RES Aut 5%24 | B | Interest | K | T | | | | | |
| 53. Schwab 1 Account # 2 (H) | | | | | | | | | |
| 54. JP Morgan Chase common stock | A | Dividend | K | T | | | | | |
| 55. Walgreen Company common stock | A | Dividend | J | T | | | | | |
| 56. Schwab Cash Reserves | A | Dividend | J | T | | | | | |
| 57. Templeton Dragon Fund | B | Dividend | K | T | | | | | |
| 58. PIMCO Total Return Fund | B | Dividend | M | T | | | | | |
| 59. Matthews India Fund | B | Dividend | K | T | | | | | |
| 60. Schwab Total Stock Mkt | C | Dividend | M | T | | | | | |
| 61. Vanguard Value Index | D | Dividend | M | T | | | | | |
| 62. Yacktman Fund | D | Dividend | N | T | | | | | |
| 63. ISHARES MSCI CDA IDX FD | A | Dividend | K | T | | | | | |
| 64. SCHW INTL EQ ETF | A | Dividend | L | T | | | | | |
| 65. Oppenheimer Equity | D | Dividend | L | T | | 06/25/13 | L | | |
| 66. Schwab Rollover IRA #2 | E | Dividend | O | T | | | | | |
| 67. - Templeton Dragon Fund | | | | | | | | | |
| 68. - PIMCO Total Return Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Blackrock Latin America | | | | | | | | | |
| 70. - Matthews India Fund | | | | | | | | | |
| 71. - Oppenheimer Equity Income Fund | | | | | | | | | |
| 72. - Schwab Total Stock MKT | | | | | | | | | |
| 73. - SCW INTL EQ ETF | | | | | | | | | |
| 74. - Yacktman Fund | | | | | Buy | 04/04/13 | J | | |
| 75. Schwab One Account #3 (H) | | | | | | | | | |
| 76. EGshares ETF Emerging Markets | | None | J | T | | | | | |
| 77. IShares AAA Rated corporate bond (ETF) | A | Dividend | J | T | | | | | |
| 78. IShares Gold Trust | | None | J | T | Buy (add'l) | 06/28/13 | J | | |
| 79. Ishares MSCI Germany | | None | J | T | Buy (add'l) | 06/07/13 | J | | |
| 80. IShares MSCI HK IDX FD | A | Dividend | J | T | Sold (part) | 06/07/13 | J | A | |
| 81. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 82. ISHARES FTSE EPRA NAREIT (IFGL) | A | Dividend | | | Sold | 06/12/13 | J | A | |
| 83. ISHARES RUSEELL 2000 | A | Dividend | J | T | Buy (add'l) | 06/12/13 | J | | |
| 84. ISHARES MSCU UTD KINGDOM | | None | J | T | Buy | 06/07/13 | J | | |
| 85. POWERSHS DB Commodity Index | | None | J | T | Buy (add'l) | 06/28/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PowerrSHS EXCH TRAD FD TREMERGING MKTS | A | Dividend | | | Sold | 01/17/13 | J | | |
| 87. Power SHS S&P ETF 500 | | None | J | T | Sold (part) | 06/28/13 | J | A | |
| 88. | | | | | Sold (part) | 10/03/13 | J | A | |
| 89. PowerSHS QQQ Trust SER 1 | | None | J | T | Sold (part) | 02/06/13 | J | A | |
| 90. | | | | | Sold (part) | 06/28/13 | J | A | |
| 91. SPDR S&P 500 ETF TR | A | Dividend | J | T | Buy (add'l) | 06/12/13 | J | | |
| 92. | | | | | Buy | 02/20/13 | J | | |
| 93. SPDR Gold Trust | | None | | | Sold | 10/09/13 | J | | |
| 94. SBDR Barclays ETF | | None | | | Buy | 06/25/13 | J | | |
| 95. | | | | | Sold | 10/09/13 | J | | |
| 96. Vanguard DIV Apprciation | | None | J | T | Sold (part) | 06/28/13 | J | A | |
| 97. Vanguard MSCI Emerging | A | Dividend | J | T | | | | | |
| 98. Vanguard MSCI EAFE ETF (VEA)Deveoped markets | | None | J | T | Buy (add'l) | 10/03/13 | J | | |
| 99. Vanguard REIT | A | Dividend | J | T | Sold (part) | 10/03/13 | J | A | |
| 100. | | | | | Sold (part) | 02/06/13 | J | A | |
| 101. | | | | | Sold (part) | 06/25/13 | J | A | |
| 102. | | | | | Sold (part) | 10/03/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Total Stock MKT | A | Dividend | J | T | Sold (part) | 06/28/13 | J | A | |
| 104. Vanguard Int.Equity | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 105. Vanguaard FTSE Emerging | A | Dividend | J | T | Buy | 10/03/13 | J | | |
| 106. Widsomtree Asia ETF Local Debt Fund | A | Dividend | J | T | Buy (add'l) | 10/09/13 | J | | |
| 107. Schwab Cash Reserves | A | Dividend | J | T | | | | | |
| 108. ISHARES TR BARCLAYS BONDBARCLAYS 710 YEAR TREASURY Bond Fund | | None | J | T | Buy (add'l) | 10/09/13 | J | | |
| 109. Market Vectors ETF | | None | | | Sold | 02/20/13 | J | | |
| 110. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 111. Windsom Trust Brazil | | None | J | T | Buy | 10/09/13 | J | | |
| 112. Windsom Trust JPN Hedge Equity | A | Dividend | J | T | Sold (part) | 06/28/13 | J | A | |
| 113. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 114. | | | | | Buy | 01/17/13 | J | | |
| 115. Schwab High Yield Investor Savings | A | Interest | N | T | | | | | |
| 116. Schwab One Account #4 (H)(Y) | | | | | | | | | |
| 117. Oppenheimer Equity Income Fund(Y) | | | | | | | | | |
| 118. Yacktman Fund (Y) | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. Schwab Roth IRA #2(Y) | | | | | | | | | |
| 120. -Templeton Dragon Fund (Y) | | | | | | | | | |
| 121. - Matthews India Fund(Y) | | | | | | | | | |
| 122. - Schwab Total Stock Market (Y) | | | | | | | | | |
| 123. - IShares MSCI Canada Index (Y) | | | | | | | | | |
| 124. - Schwab International Equity ETF(Y) | | | | | | | | | |
| 125. Schwab One Account #5 (H)(Y) | | | | | | | | | |
| 126. Oppenheimer Equity Income Fund (Y) | | | | | | | | | |
| 127. Yackman Fund (Y) | | | | | | | | | |
| 128. Schwab Roth IRA #4 (Y) | | | | | | | | | |
| 129. - Matthews India Fund (Y) | | | | | | | | | |
| 130. - Schwab Total Stock Market (Y) | | | | | | | | | |
| 131. - Templeton Dragon Fund (Y) | | | | | | | | | |
| 132. DWS Large Cap Value Fund- | C | Dividend | M | T | | | | | |
| 133. Bank of America Series of accounts | A | Interest | O | T | | | | | |
| 134. American Express Savings Account | C | Interest | O | T | | | | | |
| 135. ING Savings Account (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kerrigan, Kathleen M. | 04/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. Capitol One Savings Account | C | Interest | M | T | | | | | |
| 137. Congressional Bank Savings Accounts (closed) | A | Interest | | | Closed | 07/29/13 | M | | |
| 138. Discover Bank Savings Account | B | Interest | M | T | | | | | |
| 139. EDSC Limited Partnership | D | Rent | M | W | | | | | |
| 140. | E | Interest | | | | | | | |
| 141. NSP Limited Partnership | E | Rent | N | W | | | | | |
| 142. VSSC Limited Partnership | E | Rent | M | W | | | | | |
| 143. THSC Limited Partnership | E | Rent | N | W | | | | | |
| 144. Falstafff Center LLP | | None | M | W | | | | | |
| 145. PHSA Medical Center LLC | E | Rent | N | W | | | | | |
| 146. | A | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII. Investments and Trusts, lines 139 through 146, are all limited partnership investments in real estate. Line 144 on last years return is incorporated in one entry on the 2013 form. EDSC has interest and rent income.

In Part VII Investments and Trusts line 32 was inadvertently left off the report for 2012.

In Part VII Investments and Trust line 35 ING has merged with Capital One so reported under Capital One.

In Part VII Investments and Trusts lines 86 (PIMCO) and 112 (ISHARE Barclays) are not on the 2013 return. Theses assets were sold through two transactions and there was none remaining at the end of the year.

In Part VII Investment and Trusts line 65 Openheimer was transferred from accounts ▮▮▮▮▮▮ was a cotennant with ▮▮▮▮▮ .

In Part VII Investment and Trusts lines 116-131 are accounts ▮▮▮▮▮▮▮▮▮▮▮▮▮ .

In Part VII Investment and Trust lines 43 and 44 on last years forms were duplicative and should have been deleted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen M. Kerrigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544